AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
15 years imprisonment;
$250,000 fine
3 years supervised release
Mandatory $100 special assessment
Forfeiture

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**DEFENDANT - U.S**

▶ DANIEL LEE WHIGHAM, JR.

DISTRICT COURT NUMBER   OMV

CR 23 0149 AMO

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   CYNTHIA JOHNSON, SAUSA

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**MAY 18 2023**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

DANIEL LEE WHIGHAM, JR.,

**FILED**

MAY 18 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 23 0149

AMO

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Forfeiture Allegation

---

A true bill.

_____/s/_____ Foreperson of the Grand Jury_____
                                                                    Foreman

Filed in open court this ___18th___ day of

___May 2023___.

_____
                                                                    Clerk

Bail, $ __No Bail__

HON. KANDIS A. WESTMORE, United States Magistrate Judge   5/18/23

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

FILED
MAY 18 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. |
|---|---|
| Plaintiff, | ) **CR 23 0149 AMO** |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 922(g)(1) – Felon in Possession of a |
| DANIEL LEE WHIGHAM, JR., | ) Firearm and Ammunition; |
| | ) 18 U.S.C. § 924(d) and 28 U.S.C. § 2461 – Forfeiture |
| Defendant. | ) Allegation |
| | ) |
| | ) OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about January 27, 2023, in the Northern District of California, the defendant,

DANIEL LEE WHIGHAM, JR.,

knowing he had previously been convicted of a crime punishable by imprisonment for a term of exceeding one year, knowingly possessed a firearm, namely, one loaded Glock 19X 9mm handgun, bearing serial number BPMX947, and loaded with ammunition, namely thirty-one rounds of Luger and MXT 9x19mm ammunition, and the firearm and ammunition were in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

<u>FORFEITURE ALLEGATION</u>:      (18 U.S.C. § 924 and 28 U.S.C. § 2461 – Criminal Forfeiture)

The allegations contained in the sole count of this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant,

DANIEL LEE WHIGHAM, JR.,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

 a. one Glock 19X 9mm handgun bearing serial number BPMX947, seized on or about January 27, 2023; and

 b. one extended magazine with thirty-one Luger and MXT 9x19mm rounds of ammunition, all ammunition seized in and with the firearm on January 27, 2023.

If any of the property described above, as a result of any act or omission of the defendant:

 a. cannot be located upon exercise of due diligence;

 b. has been transferred or sold to, or deposited with, a third party;

 c. has been placed beyond the jurisdiction of the court;

 d. has been substantially diminished in value; or

 e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

//
//
//
//
//
//

INDICTMENT  2

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: May 18, 2023                                                           A TRUE BILL.

                                                        */s/ Foreperson of the Grand Jury*
                                                        FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

*/s/ Cynthia Johnson*
CYNTHIA JOHNSON
Special Assistant United States Attorney

INDICTMENT                                                           3